# Paul*Hastings*

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6377
allanbloom@paulhastings.com

January 27, 2010

**VIA ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The application is      ✓granted.
SO ORDERED.      ___denied.

/Signed by Judge Lois Bloom/

Lois Bloom, U.S.M.J.

Dated:  1/29/10
          Brooklyn, New York

Re:    Agiwal v. HSBC Mortgage Corp., *et al.*
       09 CV 4795 (CBA) (LB)

Your Honor:

We represent Defendant HSBC Mortgage Corporation (USA) Inc. ("HSBC").

On December 15, 2009, HSBC wrote to the Court requesting an extension of time until
January 29, 2010 to answer or otherwise respond to Plaintiff's November 11, 2009
Amended Complaint. (Your Honor granted the request on December 16, 2009.) HSBC's
request was based on a mistaken assumption that it had been served with the Summons
and Amended Complaint. In fact, HSBC has not been served. To the contrary, HSBC
received an incomplete copy of the Amended Complaint from another law firm, which
had apparently obtained the same from the electronic docket.[1] Because of an internal
miscommunication, HSBC was under the false impression that it had actually been served
with process, which led to the December 15, 2009 application.

Given that HSBC has not been served with—let alone seen the entirety of—the Amended
Complaint, it cannot reasonably be obliged to respond to it. We therefore respectfully
request that Your Honor vacate the December 16, 2009 endorsed order as moot, and we
apologize for the misunderstanding.

---

[1] According to the docket, Plaintiff filed one of the two exhibits to the Amended
Complaint under seal, and we have never seen a copy of the exhibit. *See* Docket Entry
#6, Ex. 1.

Magistrate Judge Lois Bloom
January 27, 2010
Page 2

We are aware that Judge Amon issued an Order on December 17, 2009 directing the Marshals Service to serve the Summons and Amended Complaint on HSBC.  If it would facilitate service of those papers, we would be willing to accept service at our law firm.

Respectfully submitted,

/s/ Allan S. Bloom


Allan S. Bloom
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:      Mr. Baijnath Agiwal (via UPS overnight delivery)
         Plaintiff *Pro Se*

LEGAL_US_E # 86671077.2