# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6377
allanbloom@paulhastings.com

January 28, 2010

**VIA ECF**

Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Agiwal v. HSBC Mortgage Corp., *et al.*
      09 CV 4795 (CBA) (LB)

Your Honor:

We write in follow up to the letter we submitted to Your Honor yesterday. We learned today that the Marshals Service has in fact served our client, HSBC Mortgage Corporation (USA) Inc. ("HSBC"), with a request for waiver of service under FRCP 4(d). HSBC received the papers by mail on January 21, 2010.

Respectfully submitted,

/s/ Allan S. Bloom

Allan S. Bloom
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:   Mr. Baijnath Agiwal (via UPS overnight delivery)
      Plaintiff *Pro Se*

LEGAL_US_E # 86688897.2

> To further confuse matters, counsel was misinformed that the USMS served under FRCP 4(d) and the waiver of service provision applies. The USMS serves the summons and complaint by mail under New York Law. Therefore, defendant shall respond within ~~20 days~~
> 1/29/10  /Signed by Judge Lois Bloom/